

April 29, 2022

**VIA ECF**
Honorable Judge Joan M. Azrack
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:  Tenzer-Fuchs v. American Honda Motor Co., Inc; No; 2:21-cv-06604-JMA-JMW

Dear Honorable Judge Azrack,

 The undersigned represents Plaintiff Michelle Tenzer-Fuchs (hereinafter "Plaintiff") in the above referenced matter.

This Letter is submitted in response to the Court's April 19, 2022, Order directing Plaintiff to file a status report by April 29, 2022.

Plaintiff served Defendant American Honda Motor Co., Inc (hereinafter "Defendant") on December 3, 2021 through its process server. The affidavit of service was filed with a notarized signature from the process server swearing under penalty of perjury that all information was true and correct. Defendant's responsive pleading deadline was December 24, 2021. Defendant is currently in default.

The undersigned had also made several subsequent attempts to reach the Defendant via its website email and chat portal to notify them of the impending lawsuit filed with the Court. But to no avail. The Defendant is aware of the lawsuit but seems to be ignoring their obligation to respond to the Complaint. The undersigned respectfully requests an additional sixty (60) days to attempt to contact Defendant via alternative means before proceeding accordingly with filing for a Certificate of Default with the Clerk of the Court.

The undersigned sincerely and respectfully apologizes for the inconvenience caused to the Court.

                                        Thank you.

                                        Respectfully submitted,

                                        */s/Jonathan Shalom*
                                        Jonathan Shalom
                                        **SHALOM LAW, PLLC.**
                                        105-13 Metropolitan Avenue

Forest Hills, NY 11375
(718) 971-9474
Jonathan@ShalomLawNY.com

*Attorneys for Plaintiff*

.