UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE TENZER-FUCHS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO, INC.,<br><br>Defendant. | Case No. 2:21-cv-6604 |

1.  **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Michelle Tenzer-Fuchs hereby dismisses all claims alleged in the case, *Tenzer-Fuchs v. Uzid, LLC.*, No. 2:21-cv-30732, without prejudice, and with each party bearing her and its own costs.

Dated:  June 30, 2022

Respectfully submitted,

/s/ Jonathan Shalom
Jonathan Shalom, Esq.
Shalom Law, PLLC
105-13 Metropolitan Avenue
Forest Hills, NY 11375
Tel.: (718) 971-9474

*Attorney for Plaintiff
Michelle Tenzer-Fuchs*

**June 30, 2022**

**SO ORDERED**

**_/S/ (JMA)_**

**JOAN A. AZRACK
DISTRICT JUDGE**

1